IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TYLER JAMES HARRIS,<br><br>Defendant. | CR 18-129-BLG-SPW-2<br><br>**ORDER QUASHING WRIT** |

Based upon the United States' unopposed motion (Doc. 15), and good cause appearing in support thereof,

IT IS HEREBY ORDERED, that the Writ of Habeas Corpus ad Prosequendum for Tyler James Harris is QUASHED.

Dated this 2nd day of November, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge