IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED
OCT 29 2019
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TYLER JAMES HARRIS,<br><br>Defendant. | CR 18-129-BLG-SPW-2<br><br>ORDER |

Before the Court is Defendant Tyler James Harris's motion for leave to file a motion for a bill of particulars and a motion for a bill of particulars. (Docs. 92, 93.) However, Harris failed to adhere to L.R. CR 47.1, which states:

> (a) The text of the motion must state that the other parties have been contacted and state whether any party objects to the motion.
> 
> . . .
> 
> (b) When a motion is unopposed, the word "unopposed" must appear in the title of the motion.

Adherence to this local rule allows the Court, and often the parties, to handle matters more expeditiously. Compliance is required. L.R. CR 47.1(d). Harris must contact the Government and state whether the Government objects to the motions. Accordingly,

IT IS ORDERED:

1. Harris's motion for Leave to File Bill of Particulars (Doc. 92) is DENIED with leave to renew.

2. Harris's motion for Bill of Particulars (Doc. 93) is DENIED with leave to renew.

DATED this 29th day of October, 2019.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge