IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 18-129-BLG-SPW-2 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| TYLER JAMES HARRIS, | |
| Defendant. | |

Pending before the Court is the motion of the United States of America to dismiss the indictment and superseding indictment (Doc. 124). For good cause shown,

**IT IS HEREBY ORDERED** that the indictment and superseding indictment are **DISMISSED**.

**IT IS FURTHER ORDERED** that the trial presently set in this matter for July 13, 2020 is **VACATED**.

**IT IS FURTHER ORDERED** that the Defendant, Tyler James Harris shall immediately be released from the custody of the U.S. Marshals Service.

1

The Clerk of Court is directed to notify counsel and the U.S. Marshals Service of the making of this Order.

DATED this 22nd day of May, 2020.

_Susan P. Watters_
SUSAN P. WATTERS
United States District Judge